Thomas C. Lundin, Jr. (admitted *pro hac vice*)
FISHERBROYLES LLP
111 Favre Street
Waveland, MS 39576
Tel.: (678) 778-8857
tom.lundin@fisherbroyles.com

Timothy L. Moore (SBN 305168)
FISHERBROYLES, LLP
811 Mason Street
San Francisco, CA 94108
Tel.: (619) 678-1588
Fax: (619) 275-7479
timothy.moore@fisherbroyles.com

*Attorneys for Plaintiffs Kimbo Campers LLC
And Trayvax Enterprises LLC*

ADDITIONAL PARTIES AND COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBO CAMPERS LLC and TRAYVAX ENTERPRISE LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>KIBBO, INC.,<br><br>                Defendant. | Case No. 3:20-cv-07066-CRB<br><br>[~~PROPOSED~~] **AGREED ORDER OF DISMISSAL**<br><br>Hon. Charles R. Breyer |

## [~~PROPOSED~~] AGREED ORDER OF DISMISSAL

This matter is before the Court on the parties Joint Motion For Dismissal With Prejudice signed by all parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The parties have reported a compromise and settlement of the action. After considering the premises, and for good cause shown, this Court finds and Orders as follows:

IT IS HEREBY ORDERED that the Joint Motion For Dismissal With Prejudice is GRANTED, and all the claims raised by Plaintiffs in this action are hereby finally and forever DISMISSED WITH PREJUDICE, with each party separately bearing their respective costs for this action. This Court shall retain jurisdiction over the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: May 18, 2021

HONORABLE CHARLES R. BREYER

UNITED STATES DISTRICT COURT JUDGE